IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DOUGLAS STALLWORTH** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:11CV00389 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **DALTON MAJORS, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is

**ORDERED** this civil rights action, brought pursuant to 42 U.S.C.A. § 1983 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), is summarily DISMISSED without prejudice, pursuant to 28 U.S.C.A. § 1915A(b)(1), and the action is stricken from the active docket.

ENTER: October 19, 2011

/s/  James P. Jones
United States District Judge